IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWIGHT NOAH CAVANAUGH | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 111(a)(1) and 111(b) |

**Assaulting and Resisting a Federal Officer**

The Grand Jury Charges:

On or about June 19, 2023, in the District of North Dakota,

DWIGHT NOAH CAVANAUGH

knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal officer, namely, Police Officer Duncan McDuffie, a federal officer through the Bureau of Indian Affairs, pursuant to Title 25, United States Code, Section 2804, while Officer McDuffie was engaged in the performance of his official duties, and in so doing, inflicted bodily injury to Officer McDuffie;

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

SLS/sj